UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TYRONE EUGENE ROACH,

    Plaintiff,

v.

UNKNOWN HAATAJA, et al.,

    Defendants.

_____/

Case No. 2:18-cv-207

HON. JANET T. NEFF

## ORDER

This is a prisoner civil rights action. Defendants filed a Motion for Summary Judgment (ECF No. 26). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 6, 2020, recommending that this Court grant the motion and dismiss this case without prejudice. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 39) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 26) is GRANTED.

A Judgment will be entered consistent with this Order.

Dated: March 2, 2020

      /s/ Janet T. Neff
      JANET T. NEFF
      United States District Judge